IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-cv-02364-REB-MEH

KANDACE OLSON,

       Plaintiff,

v.

NE COLORADO CELLULAR, INC.,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2011.**

       The Joint Motion for Entry of Protective Order [filed November 21, 2011; docket #8] is **granted**.  The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.