IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-cv-02364-REB-MEH

KANDACE OLSON,

       Plaintiff,

v.

NE COLORADO CELLULAR, INC.,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 16, 2011.**

       On timely motion and in the interest of justice, Plaintiff's Motion to File First Amended Complaint [filed December 15, 2011; docket #15] is **granted**.  The Clerk of the Court is directed to file the First Amended Complaint, found at docket #15-1.  Defendant shall file an answer or other response to the First Amended Complaint in accordance with Fed. R. Civ. P. 15(a).