**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-2364-REB-MEH

KANDACE OLSON,

    Plaintiff,

v.

NE COLORADO CELLULAR, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Plaintiff's Unopposed Motion To Dismiss With Prejudice** [#22][1] filed March 8, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Unopposed Motion To Dismiss With Prejudice** [#22] filed March 8, 2012, is **GRANTED**;

2. That the Trial Preparation Conference set for September 28, 2012, is **VACATED**;

3. That the jury trial set to commence October 15, 2012, is **VACATED**; and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated March 8, 2012, at Denver, Colorado.

                                                  **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge